F I L E D
August 6, 2008
AUG - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 91 (REV.5/85) Criminal Complaint　　　　　　　　　　　　　　AUSA Stephen P. Baker (312) 353-1598

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

FERNANDO GONZALEZ-CEBREROS

08 CR 622

CRIMINAL COMPLAINT

CASE NUMBER: MAGISTRATE JUDGE COLE

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about July 25, 2008, at Cook County, Illinois, in the Northern District of Illinois, Eastern Division, FERNANDO GONZALEZ-CEBREROS, defendant herein,

> being an alien, who previously had been deported and removed from the United States on or about November 12, 2003, was found in the United States without previously having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Sections 1326(a) and(b)(2); and Title 6, United States Code, Section 202(4). I further state that I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE) and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
FRANCISCO TREVINO
Deportation Officer, Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

August 6, 2008　　　　　　　　　　　　　　　at　Chicago, Illinois
Date　　　　　　　　　　　　　　　　　　　　　　City and State

JEFFREY COLE, U.S. Magistrate Judge
Name & Title of Judicial Officer　　　　　　　　　Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Francisco Trevino, the undersigned affiant, being duly sworn, state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for approximately 7 years. I am currently assigned to the Chicago, Illinois ICE Office.

2. I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United States after such aliens have previously been lawfully deported from the United States.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known by me concerning the individuals and events described herein. The information contained in this affidavit is based on my firsthand knowledge, review of ICE records, and information provided by other law enforcement officers and witnesses. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject Fernando Gonzalez-Cebreros.

5. On July 25, 2008, Gonzalez-Cebreros was received into ICE administrative custody from having been at the Cook County Jail. During his processing into ICE custody, an IEA Agent interviewed Gonzalez-Cebreros at the Chicago Field Office. Prior to questioning, Gonzalez-Cebreros was advised of his constitutional rights per *Miranda*, and agreed to answer questions. Gonzalez-Cebreros admitted to being a citizen of Mexico who was deported in 2003

or 2004 and that he illegally reentered the United States about one year ago near Nogales, Arizona.

6. ICE agents received and reviewed the alien registration file of Gonzalez-Cebreros corresponding to Alien no. A76-030-860.

7. The file shows that Gonzalez-Cebreros is a native and citizen of Mexico who was lawfully deported from the United States to Mexico on November 12, 2003 and on May 17, 2004.

8. The file contains no record of Gonzalez-Cebreros requesting permission to apply for readmission to the United States from the Secretary of Homeland Security, or his predecessor the United States Attorney General, after his deportation. A check of the Citizenship and Immigration Service Application System confirms that Gonzalez-Cebreros did not receive nor did he request the aforementioned permission.

9. ICE agents compared fingerprints taken from Gonzalez-Cebreros on July 25, 2008 to fingerprints taken from the warrants of removal for Gonzalez-Cebreros in his alien file dated November 12, 2003 and May 17, 2004. The results of the comparison showed a match.

10. Further review of the file revealed that Gonzalez-Cebreros was convicted, prior to his deportation, of the offenses of Conspiracy to Possess with Intent to Distribute Cocaine (an aggravated felony), on March 16, 2001, in United States District Court for the Southern District of Ohio, and was sentenced to 46 months imprisonment in the Bureau of Prisons. Gonzalez-Cebreros also was convicted of Transport/Sell Narcotic in Anaheim, California on August 26, 1987 and received 120 days jail time and 36 months probation.

11. I submit that, based on the information in this affidavit, there is probable cause to believe that Gonzalez-Cebreros unlawfully re-entered the United States and was found within the United States after being lawfully deported subsequent to a conviction of an aggravated felony and that he did not receive the required permission from either the Attorney General of the United States or the Secretary for the Department of Homeland Security in order to do so, all in violation of Title 8, United States Code, Section 1326(a) and (b) (2), and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

_____
Francisco Trevino, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 6th day of August, 2008.

_____
HONORABLE JEFFREY COLE
UNITED STATES MAGISTRATE JUDGE