UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
AUG 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FERNANDO GONZALEZ-CEBREROS | 08 CR 622<br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

JUDGE MORAN

MAGISTRATE JUDGE COLE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 25, 2008, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

FERNANDO GONZALEZ-CEBREROS,

defendant herein, an alien who previously had been deported and removed from the United States on or about May 17, 2004 and November 12, 2003, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY