08 GJ 868   NF

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08 CR 622 | DATE | August 20, 2008 |
| CASE TITLE | US v. FERNANDO GONZALEZ-CEBREROS | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE.**

FILED

NF

AUG 20 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE MORAN

MAGISTRATE JUDGE COLE

SIGNATURE OF JUDGE _____   (ONLY IF FILED
OR MAGISTRATE JUDGE                               UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices   DOCKET# |
| | No notices required. | | | Date docketed |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials |
| | Notified counsel by telephone | | | |
| | Docketing to mail notices | | | Date mailed notice |
| | Mail AO 450 form. | | | Mailing dpty. initials |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy initials | Date/time received in Central Clerk's office | | |