## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 622 - 1 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. FERNANCO GONZALEZ-CEBREROS | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant enters plea of not guilty to the one count indictment.  16.1(A) to be held by 9/2/2008.  Pretrial motions to be filed by 9/16/2008.  Government's answer to pretrial motions to be filed by 9/23/2008.  Reply to answer to be filed by 9/30/2008.  Status hearing is set for 10/7/2008 at 9:15 a.m.  Time is excluded in the interest of justice pursuant to 18:3161(h)(1)(F) beginning on 8/26/2008 and ending on 9/30/2008.    (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LG |
|---|---|---|